PD-0849-15

NO. 12-14-00053-CR

IN THE
Court OF Criminal Appeals
Austin, Texas

FRANK ANTHONY Evans Jr,

V.

THE STATE OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 10 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

JUL 10 2015

Abel Acosta, Clerk

From Appeal NO. 12-14-00053-CR

TRial Cause NO. 007-1297-13

Smith County, Texas

First motion for extention of time
to file Petition for Discretionary Review:

To the Honorable Judge's of the
Court of Criminal Appeals comes now,
Frank Anthony Evans Jr. Petitioner,
and files this motion for an extention
Sixty (60) days in which to file a
Petition for Discretionary Review. IN
Support of this motion Appellate Shows
the Court as follows:

Page (1)

## I.

The petitioner was convicted in the 7th District Court of Smith County, Texas of the offense of Forgery in Cause No., 007-1297-13, styled, State of Texas vs. Frank Anthony Evans Jr., The Petitioner Appealed to the Court of Appeals, Twelfth, Supreme Judicial District, The case was Affirmed on <u>June 10, 2015</u>.

## II

The Present deadline for filing the Petition for Discretionary Review is, <u>July 10, 2015</u> The Petitioner has not requested any extention to this Request.

## III

Petitioner's request for an extention is based on the following facts; Petitioner was not informed of the decision of the Court of Appeals in Affirming his case until <u>June 23, 2015</u>, Since that time Petitioner has been been Attempting to gain legal representation in this matter, His Attorney on the Appeal 12-14-00053-CR, has informed

Page (2)

Petitioner that he will not represent him on the Petition for Discretionary review.

Wherefore Petitioner prays this Court Grant this motion and extend the deadline for filing the Petition for Discretionary Review in Case NO. 12-14-00053-CR , to Sixty (60) days After this motion is granted by the Court.

Frank Anthony Evans Jr.
Petitioner Pro Se
Texas Dept. of Criminal Justice
Hughes Unit
TDCJ-ID# 1912350
Rt 2. Box 4400
Gatesville, Texas,

## Certificate of Service

I certify that a true and correct copy of the above and foregoing first motion for extention of time to file a Petition for Discretionary Review has been forwarded by US mail, Postage, prepaid, first class to the Attorney for the State, Jeffrey L. VanHorn, at, Court of Criminal Appeals and to the

State Prosecuting Attorney P.O. Box 12045, Austin Texas, 78711 on this the 30th day of June 2015.

Frank Anthony Evans Jr.
Petitioner Pro Se,


I Frank Anthony Evans Jr, TDCJ, #1912350 being Presently incarcerated in the Hughes Unit of the Texas Dept. of Criminal Justice in Gatesville County, Texas, Verify and declare under Penalty of Perjury that the foregoing Statements are true and correct, Executed on this the 30th day of June, 2015.

Frank Anthony Evans Jr.
Petitioner Pro Se,
Hughes Unit #1912350
Rt 2, Box 4400
Gatesville Texas